UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

Case No. 6:08-cr-256-Orl-18GJK

DARRELL MELLS,

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT (Doc. No. 69)** |
| **FILED:** | **October 17, 2011** |
| **THEREON** it is **RECOMMENDED** that the motion be **DENIED** and the Court certify that the appeal is not taken in good fatih. | |

On October 17, 2011, Darrell Mells (the "Defendant"), a federal prisoner, filed a motion for leave to appeal in forma pauperis (the "Motion") for this Court's denial (Doc. No. 67) of his Petition for Writ of Mandamus [or] Motion to Compel (the "Motion to Compel") (Doc. No. 62). Doc. No. 69. In his Motion to Compel, Defendant requested an order from the Court compelling the United States Attorneys' Office to seek to reduce Defendant's criminal sentence by filing a substantial assistance motion pursuant to Rule 35(b), Federal Rules of Civil Procedure. *See* Doc. No. 67 at 1.